Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Juan Carlos Arvizu-Hernandez #09296-104
Federal Correctional Institution - Hazelton
P.O. Box 5000
Bruceton Mills, W.VA. 26525  )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
 )
 )
Petitioner, )
vs. )
Warden Ray and United States of America )
 )
_____, )
(Name of Warden or other authorized person )
where you are incarcerated) )
 )
 )
Respondent. )
_____)

FILED
MAR 03 2023
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241

Civil Action No. 3:23-Cv-60
(to be assigned by Clerk)
Groh - Trumble - Sims

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1.   This petition concerns (check the appropriate box):

     ☐   a conviction
     ☐   a sentence
     ☐   jail or prison conditions
     ☐   prison disciplinary proceedings
     ☐   a parole problem
     ☑   other, state briefly: Miscarriage of Justice; Defective Indictment; Lack of Subject Matter Jurisdiction; Separation of Power; No Federal common law court.

Attachment A

No federal grand jury system; No federal Indictment; and NO Article III for the United States District Court.

2. Are you represented by counsel?   ☐ Yes   ☒ No
   If you answered yes, list your counsel's name and address: N/A

3. List the name and location of the court which imposed your sentence:
   United States District Court for the Southern District of Florida

4. List the case number, if known: CASE NO. 1:17-CR-20130

5. List the nature of the offense for which the sentence was imposed:
   Conspiracy and Manufacture to distribute a schedule II controlled substance knowing that such substance would be unlawfully imported into the United States in violation of Title 21, U.S.C. 3959(a)(a) etc.

6. List the date each sentence was imposed and the terms of the sentence:
   The length of sentence was 360 months. The term was 360 months dated on June 29, 2017.

7. What was your plea to each count? (Check one)

   ☐ Guilty
   ☒ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

☑ A jury
☐ A Judge without a jury
☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

☑ Yes   ☐ No

10. If you did appeal, give the following information for each appeal:

   A. Name of Court: United States Court of Appeal For THe Eleventh Circuit
   B. Result: Denied
   C. Date of Result: December 3, 2018.
   D. Grounds raised (List each one): See Attachment

   Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D. N/A.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

   ☑ Yes   ☐ No

If your answer was yes, complete the following sections:

   A. First post-conviction proceeding:
      1. Name of Court: N/A

Attachment A

  2. Nature of Proceeding: _____N/A_____
  3. Grounds Raised: _____
  4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
  5. Result: _____
  6. Date of Result: _____

B. Second post-conviction proceeding:
  1. Name of Court: _____N/A_____
  2. Nature of Proceeding: _____
  3. Grounds Raised: _____
  4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
  5. Result: _____
  6. Date of Result: _____

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
  1. First proceeding: ☐ Yes ☑ No Result: _____
  2. Second proceeding: ☐ Yes ☑ No Result: _____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

  A. U.S. Parole Commission unlawfully revoked my parole.
  B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C.  Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D.  Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E.  There is an unlawful detainer lodged against me.
F.  I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G.  The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A.  Ground one: There is no Federal common law court.

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
See Attachment

B.  Ground two: There is no Federal indictment or Federal grand jury system for a Federal corporation unless it borrows the state grand jury system in violation the doctrine of separation of power.

Attachment A

Supporting facts: See Attachment

C.  Ground three: The United States District Court is not an Article III who has judicial power to assert or exercise. And Lack of Subject Matter Jurisdiction

Supporting facts: See Attachment

D.  Ground four: Title 28 is State's Property only. It is not federal. Also, Separation of Power such as state's resources from the federal government.

Attachment A

Supporting facts:

_See Attachment_

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

_No, these grounds were not presented because petitioner did not know of them during that time._

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions: **NO**

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

   ☐ Yes   ☑ No

   1. If your answer to "A" above was yes, what was the result:
   _Petitioner did not know it at the time._

Attachment A

2. If your answer to "A" above was no, explain:
I did not know it at that time.

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☑ Yes   ☐ No

1. If your answer to "B" above was yes, what was the result:
It was denied.

2. If your answer to "B" above was no, explain:
Petitioner is learning as he goes regarding different of laws and Articles of the Constitution

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

Petitioner requests for this Honorable Court to execute and to enforce valid laws of the United States Constitution. Also, Petitioner requests for legal explanation regarding the meaning of Article II, III, and IV courts. The United States District Court did not derive from the Constitution

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

Section 2255 is inadequate or ineffective to test the legality of the detention because it does not emphasize on the laws of the Constitution attacking Article I, II, or III.

Signed this **13** day of **February**, **2023**.
(day)                (month)                (year)

_Juan Carlos Arvizu H_
Your Signature

_N/A_
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: _February 13, 2023_      _Juan Carlos Arvizu H_
                                              Your Signature

Attachment D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Juan Carlos Arvizu-Hernandez

_____ Petitioner

Your full name

v.                                              Civil Action No.: _____

United States of America and

Warden Ray

_____ Respondents

Enter above the full name of respondent in this action

## Certificate of Service

I, Juan Carlos Arvizu-Hernandez (your name here), appearing *pro se*, hereby certify that I have served the foregoing U.S.A. and Warden Ray _____ (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on February 12, 2023 _____ (insert date here):

(List name and address of counsel for respondent)

Juan Carlos Arvizu H.
(sign your name)